```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
JUDITH L. STEELE o/b/o
RONALD STEELE,

        Plaintiff,

v.                                    CASE NO.  8:04-CV-617-T-17MAP

JO ANN BARNHART,

        Defendant.
_____/
```

ORDER

This cause is before the Court on the petition for disability benefits, Defendant's response, and the Report and Recommendation of the assigned Magistrate Judge (Dkt. 15).

The Court has independently examined this case, and no objections to the Report and Recommendation have been filed. The Court adopts and incorporates the Report and Recommendation by reference. Judge Pizzo found that the ALJ attempted to develop the record in accordance with the remand instructions, and the ALJ's decision not to accord substantial weight to Dr. Arthur's opinions is supported by substantial evidence. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 15) is **adopted**. The Complaint is **dismissed**. The Clerk of Court shall enter judgment for Defendant, and close this case.

Case No. 8:04-CV-617-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 6th day of October, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record